UNITED STATES BANKRUPTCY COURT
DISTRICT OF EASTERN MASSACHUSETTS

_____

IN RE:                                                                           CHAPTER 7
Suzanne C. Amer,                                                         CASE NO.  11-19854-WCH
    Debtor

_____

Suzanne C. Amer,
    Plaintiff

vs.                                                                                  ADVERSARY PROCEEDING
                                                                                        NO. 12-1010-WCH

United States Department
Of Education, Pennsylvania
Higher Education Assistance
Agency, American Educational
Services, and Sallie Mae, Inc.,
    Defendants

_____

## ANSWER OF DEFENDANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION, TO PLAINTIFF'S COMPLAINT

NOW COMES Educational Credit Management Corporation (hereinafter referred to as "ECMC"), a nonprofit Minnesota corporation and student loan guarantor agency and hereby submits ECMC's answer to the complaint of the Plaintiff.  Except as expressly admitted, qualified or explained herein, ECMC denies each and every allegation of the complaint:

1. Admitted, except that the filing date was October 19, 2011.
2. No response required as the averment calls for conclusions of law.  Without waiver thereof admitted that the Court has jurisdiction herein and that venue is proper.
3. No response required as the averment calls for conclusions of law.  Without waiver thereof admitted that this is a core proceeding.
4. Admitted, except that ECMC does not have sufficient information to admit or deny the residence of the Debtor.
5. Admitted as to the existence of the entity, but ECMC states no further response is required as the averment does not pertain to ECMC.

-2-

6. Admitted as to the existence of the entities, but ECMC states no further response is required as the averment does not pertain to ECMC.

7. Admitted as to the existence of the entity, but ECMC states no further response is required as the averment does not pertain to ECMC.

8. Admitted as to the Debtor's student loan debt held by ECMC, however ECMC does not have sufficient information to either admit or deny the averment as to the other Defendants herein.

9. ECMC does not have sufficient information to either admit or deny the averment.

10. ECMC does not have sufficient information to either admit or deny the averment.

11. ECMC does not have sufficient information to either admit or deny the averment.

12. ECMC does not have sufficient information to either admit or deny the averment.

13. ECMC does not have sufficient information to either admit or deny the averment.

14. ECMC does not have sufficient information to either admit or deny the averment.

15. No response required as to any portion of the averment calling for conclusions of law. As to any part of the averment not calling for conclusions of law, ECMC does not have sufficient information to either admit or deny the same.

16. No response required as the averment calls for conclusions of law. Without waiver thereof, denied as the Debtor's student loan debt held by ECMC.

WHEREFORE, ECMC requests that this Honorable Court deny the Debtor's request for an undue hardship discharge under 11 U.S.C. § 523(a)(8).

### FIRST DEFENSE

The Debtor's complaint fails to state a cause of action on which the Debtor's student loan debt held by ECMC is dischargeable pursuant to 11 U.S.C. § 523(a)(8).

WHEREFORE, ECMC prays for relief as follows:

A. Dismiss the Debtor's complaint with prejudice;

B. Declare that the Debtor's student loan debt held by ECMC is to be excepted from discharge pursuant to 11 U.S.C. § 523(a)(8); and

C. Such other and further relief as the Court may deem just and proper.

-3-

Respectfully submitted,

Educational Credit Management Corporation
By its attorney,

/s/ John F. White_____
John F. White, Esq.  BBO# 558367
jwhite@lipmanwhite.com
Lipman & White
1212 Hancock Street, Ste. 130
Quincy, MA 02169
Tel. 617-328-5600

Dated:  1/27/12

## CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation hereby certify that I have served a copy of ECMCøs Answer on the below counsel and entities on the January 27, 2012.

/s/ John F. White_____
John F. White, Esq.

Scott Hubbell, Esq.
P.O. Box 467
166 Chief Justice Cushing HWY
Hingham, MA 02043
Via electronic notice

Pennsylvania Higher Education
Assistance Agency
1200 North 7th Street
Harrisburg, PA 17102
Via first class mail, all postage prepaid

American Education Services
1200 N. 7th St.
Harrisburg, PA 17102
Via first class mail, all postage prepaid